IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVERLIDIS GARCIA-RAMOS,              : | |
|     Plaintiff,              : | |
|                   : | |
| v.              : | Civ. No. 14-6741 |
|                   : | |
| CAROLYN W. COLVIN,              : | |
|     Defendant.              : | |

## O R D E R

**AND NOW**, this 3rd day of September, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 10), Defendant's response (Doc. No. 13), as well as the administrative record herein (Doc. No. 9), and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 16), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review is **DENIED**;

3. **JUDGMENT** is entered in favor of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against Plaintiff Everlidis Garcia-Ramos; and

4. The Clerk of Court shall **CLOSE** this case.

                                               **AND IT IS SO ORDERED.**

                                               */s/ Paul S. Diamond*
                                               _____
                                               Paul S. Diamond, J.